UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| THUC PHAM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHINA FINANCE ONLINE CO. LIMITED, ZHIWEI ZHAO and JUN WANG,<br><br>Defendants. | No. 2:15-cv-04256-PA-E<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |

## [PROPOSED] ORDER

Upon consideration of Lead Plaintiffs Jihong Wang, Qi Li, and Les Akio Omori's (collectively, "Movants" or the "JRJC Group") motion for an extension of time filed with the Court on September 21, 2015, and good cause appearing therefor,

1  IT IS HEREBY ORDERED AND DECLARED THAT: Lead Plaintiffs'
2  motion for an extension of time is granted.  Lead Plaintiff shall file an amended
3  complaint by October 18, 2015.
4
5
6
7  DATED: _____, 2015        _____
8                                 HONORABLE PERCY ANDERSON
                                   U.S. DISTRICT COURT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28