1  Laurence M. Rosen, Esq. (SBN 219683)
   THE ROSEN LAW FIRM, P.A.
2  355 South Grand Avenue, Suite 2450
3  Los Angeles, CA 90071
   Telephone: (213) 785-2610
4  Facsimile: (213) 226-4684
5  Email: lrosen@rosenlegal.com

6
   Lead Counsel for Plaintiffs
7
8                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
9                         WESTERN DIVISION
10

| | |
|---|---|
| THUC PHAM, Individually and on behalf of all others similarly situated, | No. 2:15-cv-04256-PA-E |
| Plaintiff, | **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |
| v. | |
| CHINA FINANCE ONLINE CO. LIMITED, ZHIWEI ZHAO and JUN WANG, | |
| Defendants. | CLASS ACTION |
| | JUDGE: Hon. Percy Anderson |

27
28
                    Declaration of Laurence M. Rosen in support of
          Ex Parte Application for Extension of Time to File Amended Complaint
                           – No. 2:15-cv-04256-PA-E

1    Laurence M. Rosen, pursuant to 28 U.S.C. § 1746, declares:

2    1.    I am the Managing Attorney of The Rosen Law Firm, P.A., lead

3    counsel to Lead Plaintiffs in this action. I make this declaration in support of

4    Lead Plaintiffs' ex parte application for an extension of time to file their amended

5    complaint.

6    2.    Substantially all of the operations of China Finance Online Co., Ltd.,

7    take place in the People's Republic of China ("China"). Upon appointment, Lead

8    Plaintiffs retained a China-based investigator.

9    3.    The week of October 1-7 is a national holiday in China. Lead

10   Plaintiffs' investigator has informed Lead Plaintiffs that it will be difficult if not

11   impossible to conduct any investigation during this holiday, meaning that any

12   investigation would have to be complete before September 30, 2015.

13   4.    Lead Plaintiffs do not believe it will be possible to complete an

14   adequate investigation before September 30.

15   5.    The current deadline to file the amended complaint is October 9,

16   2015. Plaintiffs request a one week two day extension to October 18, 2015. This

17   is the first request for an extension of time to file an amended complaint, though

18   the Court previously granted in part Plaintiffs' application for a briefing schedule

19   on their amended complaint and Defendants' response thereto.

20   6.    I provided a copy of this Application to defendant China Finance

21   Online, Ltd., by sending a copy via Federal Express overnight to their registered

22   agent for service of process, Corporate Agents, Inc., 2711 Centerville Road,

23   Wilmington, DE, 19808.

24   7.    No defendant has appeared, and to the best of my knowledge, no

25   counsel for any defendant in this action has contacted my firm.

26

27

28                                          2

Declaration of Laurence M. Rosen in support of
Ex Parte Application for Extension of Time to File Amended Complaint
– No. 2:15-cv-04256-PA-E

1    I declare under penalty of perjury that the foregoing is true and correct.

2

3

4

5    Dated: September 21, 2015        Respectfully submitted,

6                                     **THE ROSEN LAW FIRM, P.A.**

7
                                      /s/ Laurence M. Rosen
8                                     Laurence M. Rosen, Esq. (SBN 219683)
                                      355 South Grand Avenue, Suite 2450
9                                     Los Angeles, CA 90071
                                      Telephone: (213) 785-2610
10                                    Facsimile: (213) 226-4684
11                                    Email: lrosen@rosenlegal.com
                                      Lead Counsel for Plaintiffs
12

13
                                      And
14

15                                    **GOLDBERG LAW PC**
16                                    Michael Goldberg, Esq. (SBN 188689)
                                      13650 Marina Pointe Dr. Suite 1404
17                                    Marina Del Rey, CA 90292
18                                    Phone: 1800-977-7401
                                      Fax: 1800-536-0065
19

20                                    Additional Counsel for Plaintiffs

21

22

23

24

25

26

27

28                                             3

Declaration of Laurence M. Rosen in support of
Ex Parte Application for Extension of Time to File Amended Complaint
– No. 2:15-cv-04256-PA-E

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of the Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On September 21, 2015, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on September 21, 2015.

/s/ Laurence M. Rosen

Laurence M. Rosen

Declaration of Laurence M. Rosen in support of
Ex Parte Application for Extension of Time to File Amended Complaint
– No. 2:15-cv-04256-PA-E