SHAWN S. LEDINGHAM, JR. (SBN 275268)
  sledingham@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067
Telephone:  (310) 557-2900
Facsimile:   (310) 557-2193

*Attorneys for Defendant*
*China Finance Online Co. Limited*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUC PHAM, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHINA FINANCE ONLINE CO. LIMITED, *et al.*<br><br>　　　　　　Defendants. | Case No.: 2:15-cv-04256-PA (Ex.)<br><br>**STIPULATION TO TRANSFER OF VENUE TO SOUTHERN DISTRICT OF NEW YORK**<br><br>Judge:　Hon. Percy Anderson |

Pursuant to 28 U.S.C. § 1404(a) and Local Rule 7-1, Lead Plaintiffs Jihong Wang, Qi Li and Les Akio Omori and Defendant China Finance Online Co. Limited (collectively, the "Parties"), through their undersigned counsel, hereby stipulate to and respectfully request the transfer of the above-captioned action (the "Action") to the United States District Court for the Southern District of New York, and in support thereof respectfully state as follows:

1. On June 5, 2015, Thuc Pham filed this Action in the Central District of California, alleging venue was proper under 15 U.S.C. §78aa and 28 U.S.C. § 1391(b) because the public filings and press releases at issue in the Complaint were made available in this district. Complaint ¶ 3 (Dkt. No. 1).

2. On September 14, 2015, pursuant to the Private Securities Litigation Reform Act of 1995, the Court appointed Jihong Wang, Oi Li and Les Akio Omori to be Lead Plaintiffs in the Action and the Rosen Law Firm to be Lead Counsel. Pursuant to the Court's September 14 and 21 orders, Lead Plaintiffs are required to file a new complaint reflecting their status as Lead Plaintiffs by October 18, 2015, at which time the original complaint will be dismissed.

3. Defendant China Finance Online Limited ("China Finance Online") has pointed out to Lead Plaintiffs that, pursuant to a Deposit Agreement by and between Defendant China Finance Online Co. Limited, JPMorgan Chase Bank, N.A., and all holders of the American Depository Shares at issue in this Action,[1] the exclusive forum in which this Action may be litigated is the federal court in New York, New York. Defendant China Finance Online contends that this forum-selection clause should "be given controlling weight" and enforced pursuant to Section 1404(a). *Atl. Marine Constr. Co. v. U.S. Dist. Ct. for W.D. Tex.*, 134 S. Ct. 568, 579 (2013).

---

[1] The Deposit Agreement is publicly available from the SEC's website at https://www.sec.gov/Archives/edgar/data/1297830/000119380513001008/e610948_ex99-a.htm.

- 1 -

4. Lead Plaintiffs agree that this Action could have been filed in the Southern District of New York based upon the same allegations of venue that are set out in the Complaint – *i.e.*, that the public filings and press releases at issue in the Complaint were made available in the Southern District of New York.

5. Thus, while not conceding that the federal court in New York, New York is the exclusive forum in which their claims must be brought, Lead Plaintiffs agree that venue is at least equally proper in the Southern District of New York as it is in this Court.

6. Lead Plaintiffs further agree with Defendant China Finance Online that under the circumstances present in this matter, the Southern District of New York is a more convenient forum for the Parties and witnesses,

7. None of the Parties is a resident of California. Co-lead Plaintiffs Jihong Wang, Oi Li, and Les Akio Omori do not reside in California. Defendant China Finance Online is a Hong Kong corporation with its headquarters in China. The individual named defendants Zhiwei Zhao and Jun Wang are Chinese citizens who are resident in China.

8. Both Lead Plaintiffs and Defendant Chine Finance Online's counsel are located on the East Coast and thus costs for the Parties would be reduced by a transfer of venue to the Southern District of New York.

9. Based on all of these facts, the Parties agree that the interests of justice would be promoted by a transfer of the Action to the Southern District of New York and that Lead Plaintiffs shall file their amended complaint in that court, within three weeks following completion of transfer of the Action.

NOW, THEREFORE, IT IS STIPULATED AND AGREED THAT: Subject to the Court's approval, this action should be transferred to the United States District Court for the Southern District of New York; and

The Court's September 21, 2015 order directing Lead Plaintiffs to file their amended complaint by October 18, 2015 is vacated; and

To the extent Defendant China Finance Online has any personal jurisdiction defenses to the claims that have been made in this forum, the parties agree that its joining in this Stipulation shall not be deemed to be a waiver of such personal jurisdiction defenses; and

The filer, Shawn S. Ledingham, Jr., counsel for Defendant China Finance Online, attests under Local Rule 5-4.3.4(a)(2)(i) that all other signatories listed below, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  October 5, 2015           PROSKAUER ROSE LLP

By:   /s/ Shawn S. Ledingham, Jr.
       Shawn S. Ledingham, Jr.

Attorneys for Defendant China Finance Online Co. Limited

DATED:  October 5, 2015           THE ROSEN LAW FIRM, P.A.

By:   /s/ Laurence M. Rosen
       Laurence M. Rosen

Lead Counsel for Lead Plaintiffs