SHAWN S. LEDINGHAM, JR. (SBN 275268)
  sledingham@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067
Telephone:  (310) 557-2900
Facsimile:   (310) 557-2193

*Attorneys for Defendant*
*China Finance Online Co. Limited*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUC PHAM, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CHINA FINANCE ONLINE CO. LIMITED, *et al.*<br><br>    Defendants. | Case No.: 2:15-cv-04256-PA (Ex.)<br><br>**[PROPOSED] ORDER TRANSFERRING VENUE TO SOUTHERN DISTRICT OF NEW YORK** |

Having read and considered the Stipulation to Transfer of Venue to Southern District of New York entered into between Co-lead Plaintiffs Jihong Wang, Qi Li, and Les Akio Omori and Defendant China Finance Online Co. Limited, having considered the factors set forth in 28 U.S.C. § 1404(a), and having determined that a transfer of the above-captioned action to the Southern Disctrict of New York would serve the interests of justice and be convenient for the parties and potential witnesses:

IT IS HEREBY ORDERED that:

1. the above-captioned action is transferred to the United States District Court for the Southern District of New York; and
2. the Court's September 21, 2015 order directing Lead Plaintiffs to file their amended complaint by October 18, 2015 is vacated.

DATED: _____

Percy Anderson
United States District Judge

Submitted by:

SHAWN S. LEDINGHAM, JR. (SBN 275268)
   sledingham@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

*Attorneys for Defendant
China Finance Online Co. Limited*

- 1 -